IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HEGARTY,

    Plaintiff,

    v.

TRANSAMERICA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 19-cv-06006-MMC

**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE RESPONSE TO MAY 18, 2020 ORDER**

Re: Doc. No. 45

    On May 18, 2020, the Court denied defendant Transamerica Life Insurance Company's ("Transamerica") motion to dismiss and scheduled for hearing, to be held June 19, 2020, plaintiff Robert Hegarty's ("Hegarty") motion for preliminary injunction; further, in connection with said hearing, the Court afforded the parties an opportunity to "submit, no later than June 5, 2020, additional declarations and exhibits." (See Order filed May 18, 2020, at 2.)

    Now before the Court is Transamerica's "Administrative Motion to Extend Time to File Response to May 18, 2020 Order," filed June 5, 2020, whereby Transamerica seeks an order extending to June 19, 2020, "the parties' deadline to submit declarations and exhibits," and continuing the above-referenced hearing "to a date that is convenient for the Court." (See Mot. at 3:17-21.) In support thereof, Transamerica states its offices are closed due to the COVID-19 pandemic, "there has been substantial turnover at Transamerica over the years," and, under such combined circumstances, any additional declarations and exhibits "may take another week or so to collect." (See id. at 2:15-17.) On June 5, 2020, Hegarty filed opposition, asserting he would be "forced to file his supplemental materials without seeing Transamerica's" (see Opp'n at 2:10-11), after

1  which he timely filed three declarations.

2  Although, as Hegarty points out, Transamerica did not file the instant motion until
3  the date supplemental materials were due, the Court finds Transamerica would be unduly
4  prejudiced if not afforded the opportunity to file additional declarations and exhibits.

5  Accordingly, Transamerica's motion is hereby GRANTED, the deadline for both
6  parties to file additional declarations and exhibits is hereby EXTENDED to June 19, 2020,
7  and the hearing on Hegarty's motion for preliminary injunction is hereby CONTINUED to
8  July 10, 2020, at 9:00 a.m.

9  **IT IS SO ORDERED.**

11  Dated: June 10, 2020

MAXINE M. CHESNEY
United States District Judge

2